UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO HERNANDEZ, JR., | Case No.  1:26-cv-00780-HBK |
| Plaintiff, | ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |
| v. | ORDER FINDING MOTION TO PROCEED *IN FORMA PAUPERIS* MOOT |
| CITY OF REEDLEY, JESALYN HARPER, ERIC PANKRATZ, NICOLE ZIEBA, LAWRENCE WILDER, RODNEY HORTON, HOME HELPERS PARTNERS LLC, GREY INVESTMENTS LLC, DIAMANTE BRILLANTE LLC, CHICAGO TITLE COMPANY, DEFENDANTS DOES 1-50, | (Doc. 2) |
| Defendants. | |

Plaintiff, who proceeds pro se on his First Amended Complaint (Doc. 3), paid the $405 filing fee (receipt no. 100007121) for this action on March 3, 2026.

Accordingly, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) filed January 29, 2026 is MOOT.

2. The Clerk shall correct the caption of this action to reflect the defendants identified on Plaintiff's operative complaint; the First Amended Complaint filed on February 3, 2026 (Doc. 3).

3. The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.


Dated:    February 4, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE