UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO HERNANDEZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REEDLEY, et. al.,<br><br>Defendants. | Case No.  1:26-cv-00780-JLT-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 12)<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO: JULY 30, 2026 AT 10:00 A.M. |

Pending before the Court is Plaintiff's motion for an extension of time to file a second amended complaint ("SAC") filed on April 9, 2026.[1]  (Doc. 12).  Plaintiff filed an initial complaint on January 26, 2026, and a first amended complaint on February 3, 2026.  (Docs. 1, 3).  He then filed the instant motion and lodged a proposed SAC on April 9, 2026.  (Doc. 13).

Federal Rule of Civil Procedure 15(a)(1) permits a party to amend its pleading once as a matter of course no later than 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a)(1)(A)-

---

[1] Plaintiff's April 9, 2026 motion moots his motion for an extension of time seeking the same relief filed on April 2, 2026. (Doc. 9).

(B).  Thus, because Plaintiff has not yet conducted service in this action, Federal Rule of Civil Procedure 15(a)(1) permits him to file the requested SAC as a matter of course.  The Court therefore grants Plaintiff's motion to file the SAC.  As such, the proposed SAC lodged on April 9, 2026, is accepted and deemed the operative complaint.  All previous complaints are deemed moot.

Plaintiff is reminded of his responsibility to conduct service in a timely manner.  Specifically, Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Given the above, the Court continues the mandatory Initial Scheduling Conference currently set for May 7, 2026 at 10:45 A.M.to July 30, 2026 at 10:00 A.M.

Accordingly, it is ORDERED:

1.  Plaintiff's motion for extension of time (Doc. 12) is GRANTED.

2.  The Clerk shall accept Plaintiff's Lodged Second Amended Complaint (Doc. 13) for filing and docket it as the operative Second Amended Complaint.

3.  Plaintiff's motion for extension of time filed on April 2, 2026 (Doc. 9) is denied as moot.

4.  The Court CONTINUES the mandatory Initial Scheduling Conference currently set for set for May 7, 2026 at 10:45 A.M. to July 30, 2026 at 10:00 A.M.

Dated:    April 10, 2026

_Helena M. Barch-Kuchta_
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2