**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO HERNANDEZ, JR., | Case No.  1:26-cv-00780 JLT HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 11) |
| CITY OF REEDLEY, et. al., | |
| Defendant. | |

Ernesto Hernandez Jr. is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 7, 2026, the magistrate judge filed Findings and Recommendations, recommending the district court deny Plaintiff's motion for a temporary restraining order.  (*See* Doc 11.)  The Court served the Findings and Recommendations on Plaintiff (*Id.* at 5-6.), who filed timely filed objections. (Doc. 17.)  Plaintiff does not request that his motion be granted but, rather, requests that his motion be denied without prejudice to allow him to file a renewed motion.  (*Id.* at 9.)  The Findings and Recommendations did not recommend that the motion be denied with prejudice.  (*See* Doc. 11.)

In addition, Plaintiff contends that the Court should decline to adopt the Findings and Recommendations because the Second Amended Complaint ("SAC"), which was both lodged and accepted as the operative pleading after the Findings and Recommendations issued, cures two of the three deficiencies identified in the F&Rs.  (*See generally* Doc. 17.)  The Findings and

Recommendations described these deficiencies as the lack of a nexus between the motion for a temporary restraining order and the First Amended Complaint and the motion's conclusory allegations of likelihood of success and irreparable harm.  (Doc. 11 at 4-5.)  Regarding the third deficiency of failing to comply with Local Rule 231(c), Plaintiff acknowledges the deficiency but contends that these are procedural issues rather than substantive, that it does not reflect on the merits of his claims, that he was unaware of the Local Rule 231(c) requirements given his pro se status, and that he is prepared to refile another motion that fully complies.  (Doc. 17 at 4-5.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Plaintiff cannot rely on the SAC to cure deficiencies in the earlier filed motion for temporary restraining order or FAC. *Cf. Wiltse v. Pickering*, No. 2:25-CV-00593-RFB-BNW, 2026 WL 50124, at *1 (D. Nev. Jan. 7, 2026) (adopting report and recommendation to deny motion for temporary restraining order where motion was "premature and procedurally improper" because it was filed before any complaint was filed even though the complaint was ultimately filed before the report and recommendation was adopted).  Rather, Plaintiff must file a new motion. Accordingly, the Court **ORDERS:**

1.  The Findings and Recommendations filed on April 7, 2026 (Doc. 11) are **ADOPTED** in FULL.

2.  The motion for temporary restraining order is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2