UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO HERNANDEZ, JR., | Case No.  1:26-cv-00780-JLT-HBK |
| Plaintiff, | ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR |
| v. | (Doc. 18) |
| CITY OF REEDLEY, et. al., | |
| Defendants. | |

Plaintiff Ernesto Hernandez, Jr. filed a motion on April 20, 2026, seeking to correct a clerical error in the caption of his Second Amended Complaint ("SAC"). (Doc. 18). Plaintiff asserts that Defendant Lawrence Wilder was inadvertently omitted from the SAC's caption, although Wilder is identified throughout the body of the SAC and appears in the docket's caption. (Doc. 18 at 1-2). Plaintiff requests that the Court correct the SAC's caption to include Wilder, confirm that the docket properly identifies Wilder as a defendant, and grant further relief as the Court deems just and proper. (*Id.* at 4). Plaintiff attaches a corrected caption page as an exhibit. (*Id.* at 6, Ex. A).

"The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). Moreover, whether a defendant is properly in a case is not determined by solely reading the caption. "Rather, a party may be properly in a case if the allegations in the body of the complaint

make it plain that the party is intended as a defendant." *Rice v. Hamilton Air Force Base Commissary*, 720 F.2d 1082, 1085 (9th Cir. 1983) (citing *Hoffman v. Halden,* 268 F.2d 280 (9th Cir. 1959)).

Here, Defendant Wilder is reference throughout the SAC, including under the "Parties" and "Causes of Action" sections of the SAC.  (*See* Doc. 15 at 6, 15, 28).  The Court further finds that the omission of Wilder in the SAC's caption does preclude his status as a defendant in this action.  *See Rice*, 720 F.2d at 1085.  Accordingly, the Court grants Plaintiff's motion to the extent that it confirms that both the docket and SAC identify Wilder as a defendant.

Accordingly, it is ORDERED:

1.  Plaintiff's motion to correct a clerical error (Doc. 18) is GRANTED.

2.  The docket and Second Amended Complaint identify Wilder as a defendant in this action.

3.  In the event of any future confusion, the copy of the corrected caption page attached as Exhibit A to Plaintiff's motion is referenced.  (Doc. 18 at 6, Ex. A).

Dated:    May 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2