UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO HERNANDEZ, JR.,

Plaintiff,

v.

CITY OF REEDLEY, et. al.,

Defendants.

Case No. 1:26-cv-00780-JLT-HBK

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE

(Doc. 60)

On July 16, 2026, Plaintiff filed a motion seeking a 50-day extension of time, through August 20, 2026, to complete service on the remaining unserved defendants. (Doc. 60). Plaintiff identifies four unserved defendants: (1) Lance Armo; (2) Alan Ramirez; (3) Home Helpers Group Partners LLC; and (4) Blackhole Investments LLC. (*Id.* at 2). Plaintiff asserts there is good cause for an extension under Federal Rule of Civil Procedure 4(m) because he attempted to identify proper addresses, service locations, and authorized agents for service, but has encountered practical difficulties, including vehicle breakdowns, lost his job, and has literacy challenges. (*Id.*). He further states no party will be prejudiced by the requested extension. (*Id.* at 3).

Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the Court must either dismiss that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). However, if the plaintiff shows good cause

for the failure, the Court must extend the time for service for an appropriate period. *Id.*

The Court finds Plaintiff's explanation constitutes good cause under Rule 4(m).

Accordingly, IT IS ORDERED:

1. Plaintiff's motion for a 50-day extension of time to complete service (Doc. 60) is GRANTED.
2. **No later than August 20, 2026**, Plaintiff must serve process on: Lance Armo, Alan Ramirez, Home Helpers Group Partners LLC, and Blackhole Investments LLC.
3. Failure to timely serve any defendant or show cause for a further extension of time may result in the dismissal of any unserved defendant from this action pursuant to Federal Rule of Civil Procedure 4(m).

Dated: July 24, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE