UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO HERNANDEZ, JR.,

Plaintiff,

v.

CITY OF REEDLEY, et. al.,

Defendants.

Case No. 1:26-cv-00780-JLT-HBK

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

(Doc. 62)

On July 16, 2026, Plaintiff filed a motion requesting that the initial scheduling conference set for July 30, 2026 be continued. (Doc. 62). Plaintiff contends that the case is not procedurally postured for an initial scheduling conference because there are pending motions, including two dispositive motions, some defendants were only recently served, and other defendants remain unserved. (*Id.* at 2). The Court agrees.

Accordingly, IT IS ORDERED:

1. Plaintiff's motion to continue the initial scheduling conference (Doc. 62) is GRANTED.
2. The initial scheduling conference set for July 30, 2026 at 10:00 a.m. and all associated deadlines are VACATED.
3. Within (10) ten days after the issuance of a ruling on the pending dispositive motions,

if the matter proceed in this Court, the parties shall contact Courtroom Deputy Patricia Apodaca(papodaca@caed.uscourts.gov) to secure a new scheduling conference date.

Dated: July 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE