UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO HERNANDEZ, JR.,

Plaintiff,

v.

CITY OF REEDLEY, et. al.,

Defendants.

Case No. 1:26-cv-00780-JLT-HBK

ORDER GRANTING DEFENDANT ORTEGA'S MOTON TO SET ASIDE CLERK'S DEFAULT

(Doc. 80)

Before the Court is Defendant Hector Ortega Jr.'s motion to set aside clerk's entry of default filed July 28, 2026. (Doc. 80). Plaintiff does not oppose the motion. (Doc. 81).

Federal Rule of Civil Procedure 55(c) permits the Court to set aside an entry of default for good cause. Having considered the motion, the record, and the absence of opposition, the Court finds that Defendant has shown good cause to set aside the Clerk's Entry of Default. Defendant's default was not willful; Plaintiff would not be prejudiced by setting it aside; Defendant has asserted meritorious defenses in his Answer; and Defendant acted promptly to cure the default. *United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010). Moreover, defaults are disfavored, and cases should be decided on the merits whenever possible. *Id.*

Accordingly, IT IS ORDERED:

1. Defendant's Motion to Set Aside Clerk's Entry of Default (Doc. 80) is GRANTED.

2. The Clerk's Entry of Default against Defendant Hector Ortega, entered on July 20, 2026 (Doc. 65), is VACATED and SET ASIDE.

3. Defendant Ortgea's Answer, filed on July 28, 2026 (Doc. 79),[1] is DEEMED timely filed.

4. The Clerk is DIRECTED to update the docket accordingly.

Dated: August 17, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

[1] Defendant filed an Answer to the complaint, not a motion to dismiss.